

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

|MEMO ENDORSED|

November 22, 2019

BY ECF

Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

        Re: Charles Cullen v. Commissioner of Social Security
           18 Civ. 11764 (JGK) (OTW)

Dear Judge Wang:

      The government's brief in the above-referenced Social Security case is due November 26, 2019. We write respectfully to request, with the consent of plaintiff's counsel, that the date for filing the brief be adjourned until January 6, 2020. The reason for this request is to allow the Social Security Administration sufficient time to evaluate its position in this matter. The government has not previously requested an adjournment in this case. We appreciate the Court's consideration of this request.

**Application GRANTED.**
Government's brief due January 6, 2020; Plaintiff's reply, if any, due January 21, 2020.
**SO ORDERED.**

_____
Ona T. Wang         11/22/19
U.S. Magistrate Judge

Respectfully,

GEOFFREY S. BERMAN
United States Attorney

By:       s/ *Susan D. Baird*
     SUSAN D. BAIRD
     Assistant United States Attorney
     tel. (212) 637-2713
     Susan.Baird@usdoj.gov

cc: Christopher J. Bowes, Esq.