**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
CHARLES CULLEN,
:
:
                Plaintiff, :   18-CV-11764 (JGK) (OTW)
:
       -against- :   **ORDER**
:
ANDREW M. SAUL, COMMISSIONER OF SOCIAL :
SECURITY,
:
               Defendant. :
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

On January 3, 2020, the Government requested, with Plaintiff's consent, an extension of time until **February 14, 2020** to file its brief. That request is GRANTED. Plaintiff's reply, if any, shall be filed by **February 28, 2020**.

In the letter requesting an extension of time, the Government noted its offer to remand the case for further administrative proceedings, which is the relief Plaintiff seeks in his motion for judgment on the pleadings. (ECF 15). Plaintiff, however, has refused to stipulate to a remand. Accordingly, the Court will hold a Status Conference in this matter on **Wednesday, February 5, 2020 at 2:30 p.m.** in Courtroom 20D, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York, 10007. The Clerk is directed to close ECF 19.

**SO ORDERED.**

                                                          *s/ Ona T. Wang*

Dated: January 8, 2020                                       **Ona T. Wang**
      New York, New York                        United States Magistrate Judge