**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
CHARLES CULLEN,

                         Plaintiff,

            -against-

ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.

------------------------------------------------------------x

18-CV-11764 (JGK) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a Status Conference in this matter on February 5, 2020. As discussed at the conference, the parties shall meet and confer and by **February 14, 2020**, either (a) file a consent form for magistrate judge jurisdiction for all purposes or (b) file a joint letter stating that the parties do not consent.

**SO ORDERED.**

Dated: February 5, 2020
       New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge