CHRISTOPHER JAMES BOWES, ESQ
54 Cobblestone Drive
Shoreham, New York 11786
Tel.: (212) 979-7575
Fax: (631) 929-1700
CJB-8865
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------X

CHARLES CULLEN,

Plaintiff,

*-against-*

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,

Defendant.

-----------------------------------------X

NOTICE OF FOR ATTORNEYS FEES PURSUANT TO 28 U.S.C. § 2412

18-Civ-11764(OTW)

**MEMO ENDORSED**

PLEASE TAKE NOTICE that upon the accompanying Declaration of Christopher James Bowes, dated February 18, 2021, plaintiff will move this Court before the Honorable Ona T. Wang, United States Magistrate Judge presiding, at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York 10007, on submission, for an order:

(1) Accepting plaintiff's application for reasonable attorney’s fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d), as timely filed; and

(2) Granting plaintiff leave to defer filing a memorandum of law in support of his application for fees for a period of 60

days to permit the parties an opportunity to reach settlement of the fee issue; and

(3) for such other and further relief as this Court may deem just and proper.

Dated: Shoreham, New York
February 18, 2021

Application granted. On April 19, 2021, plaintiff shall either file a stipulation of settlement re fees or his memorandum of law. ECF 35 resolved. SO ORDERED.

/s/ Ona T. Wang Feb. 22, 2021
U.S.M.J.

Respectfully submitted,

*/s/Christopher James Bowes*

CHRISTOPHER JAMES BOWES, ESQ.
54 Cobblestone Drive
Shoreham, New York 11786
Tel.: (212) 979-7575
Fax: (631) 979-1700
CJB-8865
Attorney for Plaintiff

To: United States Attorney for the
Southern District of New York
BY: Susan D. Baird, Esq.
Assistant U.S. Attorney
86 Chambers Street
New York, New York 10007
Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that today, February 18, 2021, I served the foregoing Declaration upon counsel for the defendant using the CM/ECF electronic filing system and causing a copy to be delivered, electronically, to
to

Susan D. Baird, Esq.
Assistant U.S. Attorney
86 Chambers Street
New York, New York 10007

/s/
Christopher J. Bowes
Attorney